# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

BENJAMIN MOULTON,         :
        Petitioner,         :      CIVIL NO. 3:12-CV-0922
        :

v.         :

        :      (JUDGE NEALON)
MARY SABOL,         :      (MAGISTRATE JUDGE BLEWITT)
        Respondent         :

## ORDER

**NOW**, this 3rd day of December, 2012, in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1.  The Report and Recommendation (Doc. 8) is **ADOPTED in part**;

2.  The petition for writ of habeas corpus (Doc. 1) is **DISMISSED as moot**;

3.  The Clerk of Court is directed to **CLOSE** this case; and

4.  Any appeal will be deemed frivolous, lacking merit, and not taken in good faith.


_____
**United States District Judge**

**FILED**
SCRANTON

DEC 0 3 2012

MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK